No. 25-1584 & No. 25-1585, Consolidated

# In The United States Court of Appeals For the Fourth Circuit

Joshua Flores, on behalf of JF1, a Minor and JF2, a Minor,
*Plaintiff-Appellant*,
v.
United States of America,
*Defendant-Appellee*.

_____

Janelle Jones, on behalf of LD, a Minor,
*Plaintiff-Appellant*,
v.
United States of America,
*Defendant-Appellee*.

_____

Appeal from the United States District Court
for the District of South Carolina

Nos. 3:24-cv-04179 and 3:24-cv-04180
The Honorable Sherri A. Lydon, District Court Judge

**OPENING BRIEF OF APPELLANT**

Bakari T. Sellers
STROM LAW FIRM, LLC
6923 North Trenholm Road
Columbia, SC 29206
(803) 252-4800
bsellers@stromlaw.com

*Attorney for Appellants*